# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 16-6733-TJH(JCx)** | Date MAY 20, 2021 |

Title   1431 Huntington Drive et al v. M.E.D.G. Inc. et al.,

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that a joint status report must be filed to this action no later than JUNE 30, 2021.

IT IS SO ORDERED.

cc: all parties

---

CV-90        **CIVIL MINUTES - GENERAL**        Initials of Deputy Clerk <u>ys</u>